AO 442 (Rev. 8/13) Arrest Warrant

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | Docket No.: 0537 3:21CR00060-001 |
| Anthony Lavell Ailsworth | ) | |
| | ) | 2242-0607-1733-D |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE HEREBY COMMANDED** to arrest Anthony Lavell Ailsworth and bring him forthwith to the nearest magistrate to answer a

**Probation Violation Petition**

charging him with

**Violations of Probation**

in violation of Title **18** United States Code, Section **3563**

Bail Fixed at: **Detention**

Debra M. Brown, Chief U.S. District Judge
Name and Title of Issuing Officer

_[signature]_                                    6.7.22
Signature of Issuing Officer                    Date

RECEIVED

---

**Return**

This warrant was received on (date) 6-7-22, and the person was arrested on (date) 6-16-22
At (city and state) Memphis, TN
Date: 6-16-22

_[signature]_
Arresting officer's signature

Jamie C. Littlefield  DVSM
Printed name and title

PROB 12B&C  
MSN (08/13)

PACTS # 7498631

# United States District Court
# for the
# Northern District of Mississippi
## Petition for Action for Offender Under Supervision

**Name of Offender:** Anthony Lavell Ailsworth **Docket No.** 0537 3:21CR00060-1

**Name of Sentencing Judicial Officer:** Honorable Debra M. Brown

**Date of Original Sentence:** December 15, 2021

**Original Offense:** Count 1: Aiding and Abetting Theft of Firearms from a Licensed Dealer; Count 3: Aiding and Abetting Bank Burglary

**Original Sentence:** Five (5) years' probation on Counts 1 and 3 of the Indictment

**Type of Supervision:** Probation

**Date Supervision Commenced:** December 15, 2021

**Assistant U.S. Attorney:** Julie Addison

**Defense Attorney:** Thomas C. Levidiotis

## PETITIONING THE COURT

### * To Issue a Warrant *

The defendant released to the Western District of Tennessee and has been under the supervision of U.S. Probation Officer Christy Henson.

| **Violation Number** | **Nature of Non-Compliance** |
|---|---|
| 1 | **Violation of Law:** On June 2, 2022, a warrant was served on the defendant by Memphis (TN) Police Department. The defendant was charged with three counts of Aggravated Assault. The defendant's bond is $7,500. The defendant is currently out on bond. |
| | According to the incident report, on April 29, 2022, the manager of McDonalds, (T.L.), located at 7011 Shelby Drive, Memphis, TN, reported the defendant exited the driver seat of his vehicle with a handgun in his hand and struck and broke the drive through window with the end of this handgun. |
| | According to the report, the defendant and an unknown female placed an order through the drive through window and complained about their order being wrong. Victim (T.L.) advised the defendant |

*PACTS: Petition for Action P12B&C*

| MSN Prob 12B&C | Page 2 | Petition for Action<br>For Offender Under Supervision |
|---|---|---|

Name of Offender: Ailsworth, Anthony Lavell          Case Number: 0537 3:21CR00060-1

returned the order and the unknown female asked for a refund. Victim (T.L.) advised she refunded the female her money. The report states the unknown female advised that her money amount was wrong, and the defendant became upset. Victim (T.L.) advised the defendant exited the driver seat with a handgun in his hand and struck and broke the drive through window with the end of this handgun.

Victim (T.L.) located the defendant's wallet on the ground in front of the drive through window after the incident.

2  **Failure to Report Contact with Law Enforcement within Seventy-two hours:** The defendant did not report the June 2, 2022, above arrest to his probation officer.

3  **Failure to Pay Restitution:** The defendant has failed to make a payment toward his court ordered restitution.

| MSN Prob 12B&C | Page 3 | Petition for Action<br>For Offender Under Supervision |
|---|---|---|

Name of Offender: Ailsworth, Anthony Lavell       Case Number: 0537 3:21CR00060-1

Reviewed and Approved:                          Respectfully Submitted,

*Valarie J. Peters*                              *Jeremy Cook*

Valarie Peters                                   Jeremy Cook
Supervisory Probation Officer                    U.S. Probation Officer

                                                 Date: June 7, 2022

**PRAYING THE COURT WILL ORDER ON COUNTS 1 AND 3 OF THE INDICTMENT:**

THE ISSUANCE OF A WARRANT FOR THE ARREST AND DETENTION OF ANTHONY AILSWORTH AND A HEARING BE SCHEDULED FOR THE REVOCATION OF THE DEFENDANT'S TERM OF PROBATION.

Granted:

_____
Signature of Judicial Officer

6.7.22
_____
Date